HEYWOOD M. PENN, RESPONDENT, v. RADIO DISTRIBUTING CORPORATION, APPELLANT.

Argued May 21, 1930—Decided February 2, 1931.

For the respondent, *Milton M. Unger.*

For the appellant, *Leber & Ruback.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CAMPBELL, LLOYD, CASE, DALY, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.